**Lorenzo Eugene WALKER, Plaintiff–Appellant,**

v.

**Doctor KENNEDY; et al., Defendants–Appellees.**

No. 01–35255.

D.C. No. CV–00–00302–RHW.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 13, 2001.*

Decided Aug. 30, 2001.

Before HAWKINS, TASHIMA, and GOULD, Circuit Judges.

MEMORANDUM **

Lorenzo Eugene Walker, a Washington state prisoner, appeals pro se the district court's judgment dismissing, pursuant to 28 U.S.C. § 1915A, his civil rights action alleging that prison officials were deliberately indifferent to his serious medical needs when they refused to issue him coated, versus non-coated, aspirin for his heart

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

condition. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo the district court's dismissal, *Resnick v. Hayes,* 213 F.3d 443, 447 (9th Cir.2000), and we affirm.

Because Walker's first amended complaint alleged only a difference in medical opinion about the proper course of treatment, *see Sanchez v. Vild,* 891 F.2d 240, 242 (9th Cir.1989), the district court did not err by dismissing the action with prejudice.

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.